JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH, | Case No. CV 20-10469 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAMUNDAR DEY CANAREY LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of March, 2021.

/s/
Fernando M. Olguin
United States District Judge